FILED
2007 NOV -6 PM 3:56

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07- **07-01233** |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | [21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii), (b)(1)(B)(viii), (b)(1)(C): Distribution of Cocaine Base and Methamphetamine; 21 U.S.C. § 846: Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Base and Methamphetamine] |
| GABRIELA MUNOZ and ADOLFO MADRIGAL LOPEZ, ) | |
| Defendants. ) | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about October 27, 2006, in Los Angeles County, within the Central District of California, defendant GABRIELA MUNOZ knowingly and intentionally distributed approximately 4.6 grams of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a schedule II narcotic drug controlled substance.

SMG:smg

## COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about November 3, 2006, in Los Angeles County, within the Central District of California, defendant GABRIELA MUNOZ knowingly and intentionally distributed more than five (5) grams, that is, approximately 12.4 grams, of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a schedule II narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about November 17, 2006, in Los Angeles County, within the Central District of California, defendant GABRIELA MUNOZ knowingly and intentionally distributed approximately 3.4 grams of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a schedule II narcotic drug controlled substance.

COUNT FOUR

[21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)(iii), (b)(1)(B)(viii)]

A. OBJECTS OF THE CONSPIRACY

Beginning on an unknown date, and continuing to on or about December 1, 2006, in Los Angeles County, within the Central District of California, defendants GABRIELA MUNOZ ("MUNOZ"), ADOLFO MADRIGAL LOPEZ ("LOPEZ"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally possess with the intent to distribute and to distribute: (1) more than five (5) grams of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a schedule II narcotic drug controlled substance; and (2) more than five (5) grams of methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(iii), and (b)(1)(B)(viii).

B. MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished in substance as follows:

1. Defendant MUNOZ would find a buyer for cocaine base and methamphetamine, negotiate a price, and arrange to sell the cocaine base and methamphetamine to the buyer at an agreed upon location.

2. Defendant LOPEZ would supply the cocaine base and methamphetamine to defendant MUNOZ to sell to the buyer.

3. Defendant MUNOZ would go to the agreed upon location and would sell the cocaine base and methamphetamine to the buyer

at the agreed upon price.

C. OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants MUNOZ and LOPEZ, and others known and unknown to the Grand Jury, committed various overt acts in Los Angeles County, within the Central District of California, including, but not limited to, the following:

1. On or about November 17, 2006, defendant MUNOZ spoke by telephone with an undercover Special Agent who was working on behalf of the Federal Bureau of Investigation ("UCA-1") and agreed to sell UCA-1 approximately three ounces of methamphetamine for $1,950 later that same day.

2. On or about November 17, 2006, defendant MUNOZ met UCA-1 at the corner of Washington Boulevard and Vermont Avenue in Los Angeles.

3. On or about November 17, 2006, defendant MUNOZ entered UCA-1's vehicle and informed UCA-1 that the narcotics supplier who would be bringing the methamphetamine defendant MUNOZ was selling would arrive in approximately ten (10) minutes.

4. On or about November 17, 2006, defendant MUNOZ placed a call to defendant LOPEZ to confirm that defendant LOPEZ was on his way to the location where defendant MUNOZ was waiting with UCA-1.

5. On or about November 17, 2006, defendant LOPEZ arrived to meet defendant MUNOZ in a red Chevrolet truck registered to him, carrying a clear plastic food container containing more than five (5) grams of methamphetamine.

6. On or about November 17, 2006, defendant MUNOZ told

UCA-1 that defendant LOPEZ was the person they were waiting for and asked UCA-1 if he/she had the money for the purchase.

7. On or about November 17, 2006, defendant MUNOZ left UCA-1's vehicle and approached defendant LOPEZ, who was sitting in the driver's seat of his truck.

8. On or about November 17, 2006, defendant LOPEZ handed defendant MUNOZ the clear plastic food container containing methamphetamine, and defendant MUNOZ walked away from defendant LOPEZ's truck.

9. On or about November 17, 2006, defendant MUNOZ returned to UCA-1's vehicle and handed UCA-1 the clear plastic food container containing methamphetamine provided by defendant LOPEZ, in exchange for $2,050 in United States currency.

10. On or about December 1, 2006, defendant MUNOZ spoke by telephone with UCA-1 and agreed to sell UCA-1 approximately 210 pieces of cocaine base in the form of crack cocaine for $700 later that same day. UCA-1 told defendant MUNOZ that an individual (who was, in fact another undercover Special Agent ("UCA-2")) would meet defendant MUNOZ at the corner of Washington Boulevard and Vermont Avenue in Los Angeles at approximately 4:00 p.m.

11. On or about December 1, 2006, defendant MUNOZ met UCA-2 at the corner of Washington Boulevard and Vermont Avenue in Los Angeles and informed UCA-2 that she would contact the person who would be providing the narcotics for their scheduled drug transaction.

12. On or about December 1, 2006, defendant MUNOZ placed a call to defendant LOPEZ to confirm that defendant LOPEZ was on

his way to the location where she was waiting to do a drug transaction with UCA-2.

13. On or about December 1, 2006, defendant LOPEZ, carrying a paper towel containing three plastic baggies containing more than five (5) grams of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, arrived at the location where defendant MUNOZ was waiting to complete the drug transaction with UCA-2.

14. On or about December 1, 2006, defendant MUNOZ left UCA-2's vehicle and approached defendant LOPEZ, who was sitting in the driver's seat of his truck.

15. On or about December 1, 2006, defendant LOPEZ handed defendant MUNOZ a paper towel containing the three plastic baggies of crack cocaine.

16. On or about December 1, 2006, defendant MUNOZ returned to UCA-2's vehicle, handed UCA-2 the paper towel containing the three plastic baggies of crack cocaine provided by defendant LOPEZ, and told UCA-2 that the supplier had neglected to cut the cocaine base into smaller pieces.

## COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about November 17, 2006, in Los Angeles County, within the Central District of California, defendants GABRIELA MUNOZ and ADOLFO MADRIGAL LOPEZ knowingly and intentionally distributed more than five (5) grams, that is, approximately 26.9 grams, of methamphetamine, a schedule II controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about December 1, 2006, in Los Angeles County, within the Central District of California, defendants GABRIELA MUNOZ and ADOLFO MADRIGAL LOPEZ knowingly and intentionally distributed more than five (5) grams, that is, approximately 19 grams, of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a schedule II narcotic drug controlled substance.

A TRUE BILL

_____-S-_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent & Organized Crime Section

SCOTT M. GARRINGER
JENNIFER A. CORBET
Assistant United States Attorneys