# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| | |
|---|---|
| Case No.   CR 07-1233 ABC | Date   December 15, 2008 |

Present: The Honorable   **AUDREY B. COLLINS , UNITED STATES DISTRICT JUDGE**

| Angela Bridges | Katherine Stride | Daniel Levin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd.  DFPD  Panel | Interpreter |
|---|---|---|---|
| Gabriela Paola Munoz | Larry Bakman | √ | NONE |

**PROCEEDINGS:**         **SENTENCING AND JUDGMENT**

√   Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.         ____ Refer to separate Judgment Order.
____   Imprisonment for   years/months   on each of counts ____
      Count(s) ____   concurrent/consecutive to count(s) ____
      Fine of   $ ____   is imposed on each of count(s) concurrent/consecutive.
____   Execution/Imposition of sentence as to imprisonment only suspended on count(s) ____
____   Confined in jail-type institution for ____ to be served on consecutive days/weekends
      commencing ____
____   years/months Supervised Release/Probation imposed on count(s) ____
      consecutive/concurrent to count(s) ____
      under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
         ____ Perform ____ hours of community service.
         ____ Serve ____ in a CCC/CTC.
         ____ Pay   $ ____ fine amounts & times determined by P/O.
         ____ Make   $ ____ restitution in amounts & times determined by P/O.
         ____ Participate in a program for treatment of narcotic/alcohol addiction.
         ____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
         ____ Other conditions: ____
____   Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
____   Pay   $ ____ per count, special assessment to the United States for a total of ____   $ ____
____   Imprisonment for   months/years   and for a study pursuant to 18 USC ____
      with results to be furnished to the Court within   days/months ____ whereupon the sentence shall be subject to modification. This matter is set for further hearing on ____
____   Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
√    Defendant informed of right to appeal.
____   ORDER sentencing transcript for Sentencing Commission.         ____ Processed statement of reasons.
____   Bond exonerated ____   upon surrender ____   upon service of ____
____   Execution of sentence is stayed until 12 noon, ____
      at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
____   Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
____   Issued Remand/Release   # ____
____   Present bond to continue as bond on appeal.         ____ Appeal bond set at   $ ____
____   Filed and distributed judgment. ENTERED.
____   Other ____

                                                                                                  ____ : ____ 20
                                                                    Initials of Deputy Clerk   AB for DA

cc:

---

CR-90 (01/07)         **CRIMINAL MINUTES - SENTENCING AND JUDGMENT**         Page 1 of 1